

**Dated: May 27, 2014**
**The following is ORDERED:**

**Jennie D. Latta**
UNITED STATES BANKRUPTCY JUDGE

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case No.   13−22244 jdl |
| | Chapter   13 |
| Dorothy Ann Prather | |
| Debtor(s). | |

**ORDER APPROVING STANDING CHAPTER 13 TRUSTEE'S**
**FINAL REPORT AND ACCOUNT AND DISCHARGING TRUSTEE**
**COMBINED WITH NOTICE OF THE ENTRY THEREOF**

   It appears to the Court, on its own initiative, that an Order has been previously signed by a Bankruptcy Judge dismissing the chapter 13 case of the above−named debtor(s).

   It further appears to the Court that the Standing Chapter 13 Trustee has filed a Final Report and Account and that this previously dismissed case is now ready for statistical closing.

   **IT IS, THEREFORE, ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

   1.   The Standing Chapter 13 Trustee's Report and Account is approved and the Trustee is hereby discharged of his trust.

   2.   This previously dismissed chapter 13 case is hereby statistically closed.

[disch13odtcg080]Order Approving Standing Ch13 Trustee